1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Nov 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ORDER TO UN-SEAL SEARCH WARRANTS |
|---|---|
| | 2:19-SW-967-EFB |
| A SILVER PONTIAC G6, WITH LICENSE PLATE 8KDH327, VIN #1G2ZH17N974264283 | |
| | 2:20-SW-046-EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 279-6679 | |
| | 2:20-SW-048-CKD |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | |
| | 2:20-SW-055-CKD |
| A White Chevy Equinox, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017 | |
| | 2:20-SW-0084-EFB |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 684-4627 | |

| # | | |
|---|---|---|
| 1 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 401-0383 | 2:20-SW-0085-EFB |
| 5 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-684-4627 | 2:20-SW-0087-EFB |
| 6 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-401-0383 | 2:20-SW-0088-EFB |
| 8 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0153-CKD |
| 9 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0154-CKD |
| 13 | A Grey Honda Accord, WITH LICENSE PLATE 7VNN215, VIN #1HGCR2F76HA006332 | 2:20-SW-0155-CKD |
| 15 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0181-CKD |
| 17 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0182-CKD |
| 21 | A WHITE CHEVY EQUINOX, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017 | 2:20-SW-0202-AC |
| 23 | The person Vin GAINES SR | 2:20-SW-0986-JDP |
| 24 | 2444 Montclair Street Stockton, California | 2:20-SW-0987-JDP |
| 25 | 2015 silver Nissan Altima, with California license plate 7PLA458 | 2:20-SW-0988-JDP |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: November 18, 2020

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE